FILED
2011 May-23 PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.                                                CASE NUMBER: MAG 11- 147

**ALAN LAMAR MCCORMICK**

I, Suzanne Prevatte, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

From on or about July 16, 2010 continuing to on or about May 19, 2011, in Calhoun County, within the Northern District of Alabama, and elsewhere, the defendant,

**ALAN LAMAR MCCORMICK,**

while using a facility and means of interstate and foreign commerce, to wit: the internet and a telephone, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in prostitution and sexual activity for which the defendant can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) and that this complaint is based on the facts set forth in the affidavit, which is attached hereto and incorporated herein by reference.

   See Attachment "A"

                                                   _____
                                                   Signature of Complainant

Sworn to before me and subscribed in my presence,

May 21, 2011  @ 9:52 a.m.          at      Birmingham, Alabama
Date                                       City and State

JOHN E. OTT                                _____
United States Magistrate Judge             JOHN E. OTT
Name and Title of Judicial Officer         UNITED STATES MAGISRATE JUDGE

ATTACHMENT A

AFFIDAVIT

I, Suzanne Prevatte, after being duly sworn in due form of law, depose and say that:

1. I am a Special Agent with the U.S. Homeland Security Investigations (HSI), U.S. Department of Homeland Security. I have been so employed for 8 years.

2. This affidavit is made in support of a criminal complaint for Alan Lamar McCormick, the defendant. The defendant is a native and citizen of the United States, born in or about October, 1954, social security number xxx-xx- 8215.

3. On or about July 16, 2010, the defendant initiated email contact, via the internet, with undercover law enforcement officers by responding to an internet advertisement. In the correspondence that followed, the defendant came to believe that a person was willing to arrange for the defendant to engage in prostitution and other illegal sexual activity with females under the age of 16.

4. On or about July 17, 2010, the defendant indicated within an email communication "im game for all three of them i love to lick pussy and have my big cock sucked on and yes i do have pics i m older but horny as hell for young pussy".

5. On or about July 17, 2010, the defendant indicated within an email communication "all three tomorrow any time after 10 am".

6. On or about July 30, 2010, the defendant began communicating via Yahoo! Messenger with the undercover officer. Communication took place from July 30, 2010 until May 19, 2011.

7. On or about February 5, 2011, the defendant communicated with the undercover officer via Yahoo! Messenger stating "i could use some TLC and some good hot sex". "i need the oldest {of the females under the age of 16} to just fuck the hell out of me". The defendant asked if the undercover officer could "com up this way". The defendant was advised by the undercover that sex with the girls in a van was an option.

8. On or about May 3, 2011, during instant message correspondence between the defendant and undercover agents, the defendant asked if he could meet Saturday May 7, 2011 for sex with a female under the age of 16 in exchange for monetary payment. The defendant stated he wanted "a good fucking".

9. On or about May 5, 2011, the defendant spoke with the undercover agent via the telephone and indicated he would not be able to meet on May 7.

10. On or about May 19, 2011, during instant message correspondence between the defendant and undercover agents, the defendant asked if "is it to short of notice to come up tomorrow night". The defendant stated he wanted {female under the age of 16 years old} in the van. The defendant further stated he "looking forward to her fucking me good" and "and me eating some young pussy"

11. On or about May 19, 2011, in instant message correspondence between the defendant and undercover agents, the defendant made arrangements to attempt to engage in prostitution and illegal sexual activity with a female under the age of 16.

12. On May 19, 2011, the defendant agreed to meet the undercover agent at a specific store in the Northern District of Alabama to attempt to engage in prostitution and illegal sexual activity with a female under the age of 16 in exchange for monetary payment.

13. On May 19, 2011, in telephone and internet correspondence between the defendant and undercover agents, the defendant confirmed the time and location with the undercover agent for prostitution and illegal sexual activity with a female under the age of 16 in exchange for monetary payment.

14. On May 20, 2011 the defendant arrived at the store in a 2006 gray Ford F150, the defendant met the undercover police officer at the van in the parking lot and paid the undercover agent $150.00 for illegal sexual activity with a female under the age of 16. Upon payment of the money, the defendant was arrested.

15. On May 20, 2011, positive identification of the defendant was made when agents located his Driver License on his person at the time of arrest.

16. Based, upon the conduct outlined above, the defendant did use a facility and means of interstate and foreign commerce to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 U.S.C. 2422(b). In addition to prostitution, such conduct would constitute criminal violations of the Rape, Sodomy and Sexual Abuse statutes under the laws of the State of Alabama.


_____
Suzanne Prevatte
Senior Special Agent
Department of Homeland Security



_____
JOHN E. OTT
UNITED STATES MAGISTRATE JUDGE