FILED
2011 Jun-02 PM 05:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

JWV/DJF: June 2011
GJ#16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| ALAN LAMAR MCCORMICK | ) | |

## <u>INDICTMENT</u>

**<u>COUNT ONE:</u>** **[18 U.S.C. § 2422(b)]**

The Grand Jury charges:

Between on or about July 16, 2010 and including on or about May 20, 2011, in Calhoun County, within the Northern District of Alabama, and elsewhere, the defendant,

**ALAN LAMAR MCCORMICK,**

using a facility and means of interstate and foreign commerce, to wit: the internet and a telephone, did knowingly attempt to induce an individual, known to the defendant as a female child under the age of 16 years old, who had not obtained the age of 18 years, to engage in prostitution and sexual activity for which the defendant can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

**<u>COUNT TWO:</u>** **[18 U.S.C. § 2422(b)]**

The Grand Jury charges:

Between on or about July 16, 2010 and including on or about May 20, 2011, in Calhoun County, within the Northern District of Alabama, and elsewhere, the defendant,

**ALAN LAMAR MCCORMICK,**

using a facility and means of interstate and foreign commerce, to wit: the internet and a telephone, did knowingly attempt to induce an individual, known to the defendant as a female child under the age of 12 years old, who had not obtained the age of 18 years, to engage in prostitution and sexual activity for which the defendant can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

**COUNT THREE:** **[18 U.S.C. § 1470]**

The Grand Jury charges:

Between on or about July 17, 2010 and including on or about May 20, 2011, in Calhoun County, within the Northern District of Alabama, and elsewhere, the defendant,

**ALAN LAMAR MCCORMICK,**

did knowingly use a facility and means of interstate commerce, to wit: the internet, to attempt to transfer obscene matter to another individual who has not attained the

age of 16 years, knowing that such other individual has not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## Forfeiture Notice

As a result of the foregoing offense alleged in Count One and Count Two of this Indictment, and pursuant to Title 18, United States Code, Section 2428, the defendant,

**ALAN LAMAR MCCORMICK,**

shall forfeit to the United States:

    (a) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and to facilitate the commission of such violation of chapter 117 of this United States Code, including but not limited to the following:

    1) Gray Ford F150 pickup truck with VIN#1FTRX12W66NA08240;

    2) One Hundred and fifty dollars ($150.00) in United States Currency;

    3) Black Track Cellular telephone assigned telephone number (###) ###-9761; and,

    4) the computer media, including two desktop computers and digital camera, seized from the residence at 118 Crow Street in Anniston, Alabama.

If any of the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 2428, as a result of any act or omission of the defendant, **ALAN LAMAR MCCORMICK,**

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third person;

(3)  has been placed beyond the jurisdiction of the Court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2428.

A TRUE BILL

____/s/ Electronic Signature_____
FOREPERSON OF THE GRAND JURY

                                          JOYCE WHITE VANCE
                                          United States Attorney

                                            ___/s/ Electronic Signature_____
                                          Daniel J. Fortune
                                          Assistant United States Attorney